IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2015 NOV 30 PM 3:40

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| JAMES E. MILLER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. |
| DAN NEARY, | ) ) | 4:15-cv-0169 RLY-WGH |
| Defendant. | ) ) ) | |

## PROOF OF SERVICE AND PROOF OF FILING NOTICE OF REMOVAL IN STATE COURT

Defendant, Dan Neary, by counsel, hereby certifies that on November 30, 2015, his Notice of Removal with Exhibits was served upon *pro se* Plaintiff, by United States First-Class Mail, and that a copy of said Notice of Removal with Exhibits was filed with the Clerk of Dearborn Superior Court in Dearborn County, Indiana, on the 30th day of November, 2015.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Todd J. Kaiser, Atty. No. 10846-49
111 Monument Circle
Suite 4600
Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
*todd.kaiser@ogletreedeakins.com*

Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing *Proof of Service and Proof of Filing Notice of Removal in State Court* has been served by first-class United States mail, postage prepaid, this 30th day of November, 2015, upon:

JAMES E. MILLER
11600 N. HOBAN RD. LOT 11
AURORA, IL 47001

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle
Suite 4600
Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076

23114739.1