AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana
### New Albany Division

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2015 NOV 30 PM 3: 40

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| JAMES E. MILLER | ) |
| Plaintiff | ) |
| v. | ) Case No. 4:15-cv-0169 RLY-WGH |
| DAN NEARY | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, DAN NEARY.

Date:   11/30/2015

*Attorney's signature*

Todd J. Kaiser, IN Bar # 10846-49
*Printed name and bar number*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204

*Address*

todd.kaiser@ogletreedeakins.com
*E-mail address*

(317) 916-2155
*Telephone number*

(317) 916-9076
*FAX number*